JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. HUGHES, | ) Case No: 2:20-CV-07949-PVC ) |
| Plaintiff | ) JUDGMENT ) |
| v. | ) ) |
| ANDREW SAUL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: March 24, 2021

*/s/ Pedro V. Castillo*
HON. PEDRO V. CASTILLO
United States Magistrate Judge